Steven L. Rinehart (Bar No. 11494)
WESTERN IP
2912 W. Executive Parkway Ste 240
Lehi, UT 84043
Telephone: (888) 941-9933
Mobile: (801) 347-5173
steve@utahpatentattorneys.com

Benson L. Hathaway, Jr. (Bar No. 4219)
Qiwei Chen (Bar No. 18333)
KIRTON McCONKIE
50 East South Temple, 4th Floor
P.O. Box 45120
Salt Lake City, Utah 84145-0120
Telephone: (801) 328-3600
bhathawa@kmclaw.com
qchen@kmclaw.com

*Attorney for Plaintiff*

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MABE, LLC, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HAIXIA WIE A/K/A SARAH WIE, an individual; CHANGQUAN ZHONG, an individual,<br><br>Defendants. | **STIPULATED PERMANENT INJUNCTION**<br><br>Case No. 2:25-cv-00319-DBB-CMR<br><br>District Judge David Barlow<br><br>Magistrate Judge Cecilia M. Romero |

Plaintiff Mabe, LLC ("Plaintiff") and Defendants Haixia Wie a/k/a Sarah Wie and Changquan Zhong ("Defendants"), through their respective undersigned representatives, hereby stipulate and agree to the entry of the following Permanent Injunction by the Court. This injunction is entered without adjudication of any issue of fact or law and without admission of liability, fault, or wrongdoing by Defendant. The Court, being fully advised, and pursuant to the parties' stipulation,

ORDERS as follows:

1.    Prohibition on Future Enforcement Against Plaintiff

4897-2855-3068.v1

Defendants are permanently enjoined from issuing any further notices, complaints, or communications to Amazon or any other third-party online marketplace alleging that Plaintiff's baby-carrier products infringe the '903 Patent, or otherwise seeking to remove, delist, or interfere with the listing or sale of Plaintiff's baby-carrier products on the basis of the '903 Patent.

2.      Scope of Injunction

This Permanent Injunction applies solely to Plaintiff's baby-carrier products and solely as related to the '903 Patent.  Nothing in this Order shall be construed as an admission or finding regarding the validity or invalidity of the '903 Patent or any other intellectual property right.

3.      No Admission of Liability

This Permanent Injunction is entered into by the Parties for the purpose of avoiding the expense and burden of further litigation.  Defendants expressly deny any liability, wrongdoing, or violation of any law, and this Injunction shall not be construed as an admission or finding of liability, wrongdoing, or unlawful conduct by Defendants.

IT IS SO ORDERED.

Dated: _____

Respectfully submitted this, the 11th day of October, 2025.

/s/ steven Rinehart
Steven Rinehart
*Attorney for Plaintiff*

4897-2855-3068.v1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2025 I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which send notification of the filing to all counsel of record in this case and make said filing public.

/s/ steven rinehart                     .

Steven Rinehart

4897-2855-3068.v1